Marlene GARNER, Appellant,

v.

**COMMISSIONER OF SOCIAL SECURITY, Jo Anne B. Barnhart.***

No. 01–3551.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) March 7, 2002.

Opinion Filed March 21, 2002.

Before: BECKER, Chief Judge, ALITO, and RENDELL, Circuit Judges.

* (Pursuant to F.R.A.P. 43(c))

## OPINION OF THE COURT

### PER CURIAM.

This is an appeal from an order of the District Court affirming the decision of an Administrative Law Judge, which denied Marlene Garner's application for supplemental security income under title XVI of the Social Security Act. 42 U.S.C. §§ 1381–1383f. On appeal to our Court, Garner contends that the decision of the Administrative Law Judge is not supported by substantial evidence and that the Administrative Law Judge committed a variety of other errors.

We have considered Garner's arguments, and we conclude that the decision of the Administrative Law Judge is supported by substantial evidence. We reject Garner's additional arguments.

For these reasons, the decision of the District Court is affirmed.